IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**EDOUARD CLAYPOOL,**                    )
                                         )
                **Petitioner,**            )
                                         )
**vs.**                                  )     **Civil No.  14-cv-686-CJP**[1]
                                         )
**WARDEN of MARION PENITENTIARY,**       )
                                         )
                **Respondent.**            )

### MEMORANDUM and ORDER

**PROUD, Magistrate Judge:**

Petitioner Edouard Claypool was an inmate in the BOP at the time he filed his petition for habeas relief pursuant to 28 U.S.C. §2241.  However, mail recently sent to petitioner has been returned as undeliverable.  See, Doc. 22.

According to the BOP's website, petitioner was released from BOP custody on February 26, 2016.[2]

In its order on preliminary review, the Court warned Claypool of the consequences of failure to keep the Court informed of his whereabouts:

> Petitioner is **ADVISED** of his continuing obligation to keep the Clerk (and each opposing party) informed of any change in his whereabouts during the pendency of this action. This notification shall be done in writing and not later than seven (7) days after a transfer or other change in address occurs. Failure to provide such notice may result in dismissal of this action. See FED. R. CIV. P. 41(b).

Doc. 7, pp. 2-3.

Clearly, petitioner has not kept the Court informed of his whereabouts.

---

[1] This case was assigned to the undersigned for final disposition upon consent of the parties pursuant to 28 U.S.C. §636(c).  See, Doc. 14.

[2] http://www.bop.gov/Locate/, visited on April 11, 2016.

This Court gave petitioner the "warning shot" required by *Ball v. City of Chicago*, 2 F.3d 752, 755 (7th Cir. 1993) in Doc. 5.  Pursuant to *Johnson v. Chicago Board of Education*, 718 F. 3d 731 (7th Cir. 2013), the Court has considered whether a sanction short of dismissal of this case might be fruitful, and finds that it would not.

### Conclusion

This cause of action is **DISMISSED WITH PREJUDICE**.  The Clerk of Court shall enter judgment in favor of respondent.

**IT IS SO ORDERED.**

**DATE: April 11, 2016**


**s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**